O

JS - 5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUDD MILLER, | ) | Case No. CV 14-03392 DDP (AJWx) |
| Plaintiff, | ) | **ORDER GRANTED MOTION TO VACATE DISMISSAL** |
| v. | ) | [Dkt. No. 30] |
| WELLS FARGO BANK, N.A., | ) | |
| Defendants. | ) | |

On December 23, 2014, Defendants filed a motion to dismiss this case on grounds of insufficient pleading and certain statutes of limitations having run. (Dkt. No. 26.) Plaintiff did not file an opposition to the motion by 21 days prior to the hearing date on the motion, as required by local rules, and the Court vacated the hearing and granted the motion to dismiss on the ground that it was unopposed and therefore tacitly consented to. (Dkt. No. 29.)

Plaintiffs' counsel has filed the present motion, asking the Court to vacate the previous order dismissing the complaint. (Dkt. No. 30.) Defendant has not opposed the motion to vacate.

Defendant's counsel served its motion via the Court's electronic ECF system. (Dkt. No. 26 at 16:11.) Plaintiff

represents to the Court that she did not receive this service, because the ECF emails to her were diverted to a spam folder. (Decl. Lauren Rode, ¶¶ 4-7.)  Plaintiff's counsel also represents that she has been working toward resolving the case and would not have failed to oppose the motion but for the accidental diversion of the ECF emails.  (<u>Id.</u>; Mot. Vacate at 7-8.)  The Court therefore finds that Plaintiff's failure to oppose the motion was due to "excusable neglect."  Fed. R. Civ. P. 60(b)(1).

    Good cause having been shown, and in light of the Court's strong policy of deciding cases on the merits, the motion to vacate the dismissal is GRANTED.  This case is ordered re-opened.

IT IS SO ORDERED.

Dated: March 20, 2015

                                DEAN D. PREGERSON
                                United States District Judge