UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | CV 14-03392 DDP (AJWx) | Dated: July 24, 2015 |
| Title: | RUDD MILLER -v- WELLS FARGO BANK, N.A. | |

==================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                                          None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** the MOTION TO DISMISS CASE (DOCKET NUMBER 40) set for July 27, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.

MINUTES FORM 11                                                                    Initials of Deputy Clerk: JAC
CIVIL -- GEN